UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ERICK LIPNACK,

      Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
a foreign corporation,

      Defendant.

_____/

**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

      Defendant, NATIONAL UNION FIRE INSURANCE COMPANY of PITTSBURGH PA, ("NATIONAL"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441, 1446, and Fed.R.Civ.P. 81(c), hereby files this Notice of Removal and as grounds thereof states:

      1.     NATIONAL exercises its rights under 28 U.S.C. § 1441 *et seq.* to remove this action from the Circuit Court in and for Broward County, Florida in which the action is now pending under the certain case styled *Eric Lipnack v. National Union Fire Insurance Company of Pittsburgh, PA*, Case No. CACE-17-006680 (25) to the United States District Court for the Southern District of Florida.

      2.     Removal is proper under § 1441 as this is a civil action brought in State Court over which the Federal District Courts would have original jurisdiction had the action been commenced in Federal Court.

3.      The Federal District Courts were given original jurisdiction over the factual and legal issues of this action in that it arises under the laws of the United States as provided in 28 U.S.C. § 1332 (diversity) and § 1333 (admiralty).

4.      There is complete diversity of citizenship between the Plaintiff and Defendants in this action because:

> a.      Plaintiff, ERIC LIPNACK, is a citizen and resident of the State of Florida.
>
> b.      Defendant, NATIONAL, is a foreign corporation with its principal place of business in the State of Pennsylvania.

5.      Plaintiff is seeking damages in excess of $75,000.00 exclusive of interest and costs thereby satisfying the jurisdictional amount requirement of 28 U.S.C. § 1332.

6.      In accordance with 28 U.S.C. § 1446, this Notice of Removal has been filed within thirty (30) days after defense counsel learned that this case was removable.

7.      Pursuant to the provisions of 28 U.S.C. § 1446, NATIONAL attaches and incorporates herein a copy of:

> a.      Plaintiff's Amended Complaint filed in the Circuit Court in and for Broward County, Florida bearing Case No. CACE-17-006680 (25), marked as Ex. "A";

8.      Written notice of this petition will be given to plaintiff as required by law.

9.      A true copy of this petition will be filed with the Clerk of the Circuit Court in and for Broward County, Florida as provided by law.

**WHEREFORE**, Defendant NATIONAL respectfully requests the Honorable Court to: (1) remove this action from the Circuit Court; (2) accept jurisdiction of this action; and, (3) place

the action on the docket of this Court for further proceedings, the same as if this action had originally been executed in this Court.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on August 1, 2017, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

　/s/ *Craig P. Liszt*　　　　　　
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
***Attorneys for Defendant***

/1214844/331

## SERVICE LIST

**Elliott D. Goldberg**
Florida Bar No. 133770
elliottglaw@hotmail.com
One East Broward Blvd.
Suite 700
Fort Lauderdale, FL  33301
Telephone: (954) 493-7400
Facsimile:  (954) 493-7700
***Attorneys for Plaintiff***

**David J. Horr**
Florida Bar No. 310761
dhorr@admiral-law.com
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Defendant***